1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10   DURRELL A. PUCKETT,                            Case No.  1:12-cv-00948 DLB PC

11           Plaintiff,                            **AMENDED SCHEDULING ORDER**

12       v.                                        Telephonic Trial Confirmation
                                                   Hearing:        **May 14, 2015**, at 8:30 a.m.
13   R. ZAMORA, et al.,                            before Magistrate Judge Jennifer L. Thurston

14           Defendants.                           Jury Trial:        **June 24, 2015**, at 8:30 a.m. in
                                                   Courtroom 5 before Magistrate Judge Jennifer
15                                                 L. Thurston

16   _____/

17
18           Plaintiff Durrell A. Puckett, a state prisoner proceeding pro se and in forma pauperis, filed

     this civil rights action pursuant to 42 U.S.C. § 1983 on June 12, 2012.  This action for damages is
19
     proceeding on Plaintiff's First Amended Complaint against Defendants Zamora, Rodriguez, and
20
     Acevedo for excessive force in violation of the Eighth Amendment to the United States
21
     Constitution, and against Defendants Gutierrez and Six Doe Defendants for failing to intervene to
22
     protect Plaintiff's safety in violation of the Eighth Amendment to the United States Constitution.
23
     The events at issue occurred on January 10, 2012, while Plaintiff was housed at Corcoran State
24
     Prison.
25
             Defendants' motion for summary judgment was granted in part and denied in part on
26
     February 23, 2015.  Accordingly, on March 3, 2015, pursuant to Rule 16(b) of the Federal Rules
27
28

1  of Civil Procedure, the Court set a further schedule for this litigation.  Pursuant to Rule 16(b)(4),

2  due to a scheduling conflict the Court finds it necessary to modify the scheduling order.

3          On March 12, 2015, Plaintiff filed his pretrial statement and a motion for attendance of

4  incarcerated witnesses who agree to testify voluntarily.  On April 20, 2015, Defendants filed their

5  pretrial statement.  At this time, the only pending deadline is Defendants' opposition, if any, to

6  Plaintiff's motion for attendance of incarcerated witnesses, which is due on or before April 30,

7  2015.

8          Accordingly, the Court HEREBY ORDERS as follows:

9      1.     This matter is set for a telephonic trial confirmation hearing before United States

10  Magistrate Judge Jennifer L. Thurston on **May 14, 2015, at 8:30 a.m.**;

11     2.     The parties are directed to call **866-590-5055** and enter passcode "**5453256**" in

12  order to participate in the hearing;

13     3.     This matter is re-set for jury trial before United States Magistrate Judge Jennifer L.

14  Thurston on **June 24, 2015, at 8:30 a.m.** in Courtroom 5.

15

16  IT IS SO ORDERED.

17     Dated:   __April 22, 2015__                    _____/s/ *Dennis L. Beck*

18                                                    UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28