1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DURRELL A. PUCKETT,                          Case No. 1:12-cv-00948 JLT (PC)

12                    Plaintiff,                  ORDER GRANTING IN PART PLAINTIFF'S
                                                  MOTION FOR APPOINTMENT OF
13          vs.                                   COUNSEL, TRIAL BY JUDGE, OR
                                                  EXTENSION OF TIME
14   R. ZAMORA, et al.,                           [ECF NO. 60]

15                    Defendants.                 ORDER DIRECTING CLERK OF COURT TO
                                                  SERVE ORDER AND PRETRIAL ORDER
16                                                [ECF NO. 63] ON PLAINTIFF'S COUNSEL

17

18          On April 29, 2015, Plaintiff filed a motion for appointment of counsel, trial by judge, or

19   90-day extension of time.  (Doc. 60.)  Plaintiff described that he received mental health services

20   at the prison and that his medications had been changed and had not yet stabilized his condition.

21   Id.  Plaintiff reported that, due to his condition, he did not feel he would be able to proceed to trial

22   absent a continuance or appointment of counsel.  Id.

23          The Court held a telephonic trial confirmation hearing on May 14, 2015.  At the hearing,

24   Plaintiff reported his medications still had not been adequately adjusted but he felt he could

25   proceed.  However, given the seriousness of the condition described in Plaintiffs motion—which

26   was supported by submission of medical records—the Court finds that the appointment of counsel

27   is warranted.  William L. Schmidt has been selected from the Court's pro bono attorney panel to

28   represent Plaintiff and he has agreed to be appointed.

                                                  1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for voluntary counsel is granted.

2. William L. Schmidt is appointed as counsel in the above entitled matter.

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order and the pretrial order [ECF No. 63] upon William L. Schmidt, Attorney at Law P.C., 377 W. Fallbrook, Suite 205, Fresno, California 93729.

5. Plaintiff's alternative motions for trial by judge and extension of time are DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 19, 2015**                                 **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE