UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br>　　　　　　Plaintiff,<br><br>v.<br><br>R. ZAMORA, et al.,<br>　　　　　　Defendants. | Case No. 1:12-cv-00948 JLT  (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS<br>AD TESTIFICANDUM TO TRANSPORT<br>CURLEY BROUSSARD, CDCR #C-78707<br><br>DATE: June 24, 2015<br>TIME:  8:30 a.m.<br>COURTROOM: 5 |

　　　　Inmate Curley John Broussard, **CDCR #C-78707**, a necessary and material witness for the jury trial in this case on June 24, 2015, is confined at Kern Valley State Prison, 3000 W. Cecil Ave, Delano, California, 93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before United States Magistrate Judge Jennifer L. Thurston in Courtroom 5, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on June 24, 2015, at 8:30 a.m.

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden, Kern Valley State Prison, 3000 W. Cecil Ave, Delano, CA 93216:**

　　**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**May 20, 2015**　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE