William L. Schmidt, SBN. 206870
Aaron J. Aguirre, SBN 303074
**WILLIAM L. SCHMIDT, ATTORNEY AT LAW, P.C**.
377 W. Fallbrook Ave., Suite 205
Fresno, CA 93711
Telephone: 559.261.2222
Facsimile: 559.436.8163
Email: legal.schmidt@gmail.com

Attorneys for Plaintiff Durrell A. Puckett

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>Plaintiff,<br><br>vs.<br><br>R. ZAMORA, et al. | Case No.  1:12-cv-00948 JLT (PC)<br><br>**JOINT STIPULATION TO MODIFY PRETRIAL ORDER (DOC. 63)**<br><br>**(Doc. 86)** |

## RECITALS

WHEREAS, on June 17, 2015, Counsel for Plaintiff and Counsel for defendants  Acevedo, Gutierrez, and Rodriguez met and conferred regarding modification of the Court's Pretrial Order of May 15, 2015[1].  Counsel for Plaintiff has identified a number of additional exhibits to be used at trial.

WHEREAS these parties have agreed to permit Plaintiff to use, if needed, the following Defense exhibits in the prosecution of Plaintiff's case in chief:

(1) the Rules Violation Report (CDC 115), Log No. 3A03-12-01-005,

(2) all documents contained in the related CRIME/INCIDENT Report (CDC 837), Incident Log No. COR 03A-12-01-0018,

(3) Medical Report of Injury or Unusual Occurrence (CDC 7219), dated January 10, 2012

(4) Inmate/Parolee Appeal (CDC 602), Log No. COR-12-202,

---

[1] Counsel for defendant Zamora was not invited to participate in this process, but was informed of plaintiff's proposed additions on June 17, 2015.

WHEREAS in addition to the documents listed in the Court's Pretrial Order (Doc. 63) dated May 15, 2015, Plaintiff anticipates admitting the following exhibits:

(5) the declaration of C. Acevedo dated June 16, 2014,

(6) the declaration of R. Gutierrez dated June 19, 2014,

(7) the declaration of P. Rodriguez dated June 20, 2014, and

(8) the declaration of R. Zamora dated June 20, 2014.

Counsel for defendant Zamora objects to any of these declarations being admitted, as they are hearsay, the declarants are not unavailable, and it would be confusing to the jury.

WHEREAS the Court's Pretrial Order has not been previously modified.

///

///

///

///

///

///

///

///

///

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record, that the Court's Pretrial Order (Doc. 63) be modified as follows: in addition to the documents listed in the Court's Pretrial Order (Doc. 63) dated May 15, 2015, Plaintiff anticipates seeking to admit the following exhibits:

(1) Rules Violation Report (CDC 115), Log No. 3A03-12-01-005,

(2) all documents contained in the related CRIME/INCIDENT Report (CDC 837), Incident Log No. COR 03A-12-01-0018,

(3) Medical Report of Injury or Unusual Occurrence (CDC 7219), dated January 10, 2012,

(4) Inmate/Parolee Appeal (CDC 602), Log No. COR-12-202,

(6) the declaration of R. Gutierrez dated June 19, 2014,

(7) the declaration of P. Rodriguez dated June 20, 2014, and

(8) the declaration of R. Zamora dated June 20, 2014.


Dated:   June 19, 2015                        */s/ William L. Schmidt*
                                              William L. Schmidt
                                              Attorney for Plaintiff


                                              KAMALA D. HARRIS
                                              Attorney General of California


Dated:   June 19, 2015            By:         */s/ Timothy H. Delgado*
                                              Timothy H. Delgado
                                              Deputy Attorney General
                                              Attorney for Defendants Acevedo, Gutierrez, and Rodriguez


                                              BURKE, WILLIAMS & SORENSEN LLP


Dated:   June 19, 2015            By:         */s/ Susan E. Coleman*
                                              Susan E. Coleman
                                              Attorney for Defendant Zamora

///

///

**ORDER**

The stipulation of counsel to modify the pretrial order (Doc. 86), is **GRANTED**.

IT IS SO ORDERED.

Dated:   **June 19, 2015**                             **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE