# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT, | Case No. 1:12-cv-00948 JLT PC |
| Plaintiff, | NOTICE AND ORDER THAT CURLEY BROUSSARD IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESIFICANDUM IS DISCHARGED |
| v. | |
| R. ZAMORA, et al., | |
| Defendants. | |

Jury trial in this matter commenced on June 24, 2015.  Inmate Curley Broussard, a witness in these proceedings, concluded his testimony on June 24, 2015.

Accordingly, Curley Broussard is no longer needed in these proceedings and the writ of habeas corpus ad testificandum issued for inmate Curley Broussard, CDCR #C-78707, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __  **June 24, 2015**  __              _____ **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

1