# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. ZAMORA, et al.,<br><br>　　　　Defendants. | Case No. 1:12-cv-00948 JLT PC<br><br>NOTICE AND ORDER THAT LAMONTE RENCHER IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESIFICANDUM IS DISCHARGED |

　　　Jury trial in this matter commenced on June 24, 2015. Inmate LaMonte Rencher, a witness in these proceedings, concluded his testimony on June 24, 2015.

　　　Accordingly, LaMonte Rencher is no longer needed in these proceedings and the writ of habeas corpus ad testificandum issued for inmate LaMonte Rencher, CDCR #D-97733, is HEREBY DISCHARGED.

IT IS SO ORDERED.

　　　Dated:　**June 24, 2015**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1