UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT, <br><br> Plaintiff, <br><br> v. <br><br> R. ZAMORA, et al., <br><br> Defendants. | Case No.: 1:12-cv-00948 JLT PC <br><br> ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON JUNE 25, 2015, AT 8:30 A.M. IN COURTROOM 5 |

Plaintiff Durrell A. Puckett, CDCR # G-05549, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Thursday, June 25, 2015, in Courtroom 5, from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   **June 24, 2015**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE