# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL A. PUCKETT,<br><br>        Plaintiff,<br><br>  v.<br><br>R. ZAMORA, et al.,<br><br>        Defendants. | Case No. 1:12-cv-00948 JLT PC<br><br>NOTICE AND ORDER THAT DURRELL A. PUCKETT IS NO LONGER NEEDED IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESIFICANDUM IS DISCHARGED |

Jury trial in this matter commenced on June 24, 2015.  The trial concluded on June 25, 2015.

Accordingly, Plaintiff Durrell A. Puckett, CDCR #G-05549, is no longer needed by the Court in these proceedings and the writ of habeas corpus ad testificandum issued for this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   __June 29, 2015__                    _____ **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE