# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| DURRELL PUCKETT | ) | |
| | ) | |
| v. | ) | Case No.: 1:12-cv-00948-JLT (PC) |
| R. ZAMORA, ET AL., | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>June 29, 2015</u> against <u>Plaintiff, Durrell Puckett</u>
*Date*

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................................................................................. | $ |
| Fees for service of summons and subpoena ........................................................................ | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ............. | |
| Fees and disbursements for printing ..................................................................................... | 514.80 |
| Fees for witnesses *(itemize on page two)* ............................................................................. | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................................................ | 91.37 |
| Docket fees under 28 U.S.C. 1923 ....................................................................................... | |
| Costs as shown on Mandate of Court of Appeals ................................................................ | |
| Compensation of court-appointed experts ........................................................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........... | |
| Other costs *(please itemize)* ................................................................................................. | |
| TOTAL $ | 606.17 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Affidavit

I declare under penalty of perjury that the foregoing costs are allowable by law, are correctly stated, were necessarily incurred and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service     ☒ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    s/ Susan E. Coleman

Name of Attorney:    Susan E. Coleman, Esq.

For: Defendant, R. Zamora                                                           Date: July 14, 2015
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
*Clerk of Court*              *Deputy Clerk*              *Date*



LA #4832-1388-8549 v1

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | | $ 0.00 |
| | | | | | | TOTAL | $ 0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
      "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
      "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
      Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

      When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

      Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

LA #4832-1388-8549 v1


American LegalNet, Inc.
www.FormsWorkFlow.com



# First Legal Network LLC
P.O. BOX 844250 LOS ANGELES, CA 90084-4250

```
2632154        3/23/15      10:33    BURKE WILLIAMS & SORENSEN (L)         Csr: 066
CONTROL NUMBER
PICKUP                                DELIVER
KINGS CO SUP CT-HANFORD               BURKE WILLIAMS & SORENSEN  (L)       Base           140.45
1426 SOUTH DRIVE                      444 SOUTH FLOWER STREET    STE. 24   Return
HANFORD           CA   93230          LOS ANGELES       CA 90071           Wait             7.10
                                      See: Fred radio                      Weight
Case#:12C0158                                   PLS OBTAIN A COPY OF       PDF/Ship
CName:PUCKET V. SGT. RONALD VOGEL               THE HIGHLIGHTED DOCS       Atmpt/Addr
Docs:HIGHLIGHTED DOCS ON ATTACHED DOCKET        ON THE ATTACHED            Research
BOL: EMAILED TO NATL                            DOCKET (EMAILED TO         Wait/Rsch
                                                NATIONAL)                  Fuel Chg
Req: DIANA CAAMAL                     Sign: OBTAINED           14:00       Adv.Fee         32.00
Svce: RESEARCH-FORWARD NEXT DAY       10 min. wait                         Check Chg        3.20
Acct:  2009
Ref: 05950-0039/0048                                                       Total          182.75
```

91.38        91.37

7/1/2015　　　　　　　　　　　　　　　BURKE, WILLIAMS & SORENSEN, LLP　　　　　　　　　　　　　Report: TIME12
3:54 PM　　　　　　　　　　　　　　　Client Detailed Time And Expense Report　　　　　　　　　　　Req'd By: sad
　　　　　　　　　　　　　　　Date Range (Time): 7/1/2015 (Disb: Beginning of Time to 7/1/2015)　　　　　　　Currency: US

Case 1:12-cv-00948-JLT   Document 105   Filed 07/14/15   Page 4 of 6

| Client: | 05950 | DCR - CONFLICT | | Bill Tkpr: | 730 | COLEMAN, SUSAN E | Client Last Payment: | 6/19/2015 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 0048 | PUCKETT, DURRELL v. ZAMORA, ET AL. | | Resp Tkpr: | 730 | COLEMAN, SUSAN E | Matter Last Billed: | 6/19/2015 |

Detailed Disbursements Section (Matter)

| Tkpr | Date | Check | Disb Code | Amount | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|
| DAB | 3/31/2015 | 0 | PCD | $3.70 | B | PACER MARCH 2015 | 1005948 |
| DAB | 3/31/2015 | 0 | PCD | $0.40 | B | PACER MARCH 2015 | 1005949 |
| DAB | 3/31/2015 | 0 | PCD | $1.50 | B | PACER MARCH 2015 | 1006064 |
| DAB | 4/30/2015 | 0 | PCD | $5.50 | B | PACER APRIL 2015 | 1008285 |
| DAB | 4/30/2015 | 0 | PCD | $24.50 | B | PACER APRIL 2015 | 1008320 |
| EJ | 3/3/2015 | 0 | PO | $1.82 | B | POSTAGE | 1004316 |
| EJ | 3/4/2015 | 0 | DU | $17.70 | B | DUPLICATION | 1004162 |
| EJ | 3/11/2015 | 0 | DU | $0.10 | B | DUPLICATION | 1003007 |
| EJ | 3/11/2015 | 0 | PO | $0.69 | B | POSTAGE | 1004306 |
| EJ | 3/17/2015 | 0 | DU | $0.40 | B | DUPLICATION | 1003992 |
| EJ | 3/17/2015 | 0 | DU | $1.70 | B | DUPLICATION | 1003994 |
| EJ | 3/17/2015 | 0 | DU | $0.60 | B | DUPLICATION | 1003996 |
| EJ | 3/20/2015 | 0 | DU | $261.50 | B | DUPLICATION | 1004188 |
| EJ | 4/6/2015 | 0 | DU | $2.60 | B | DUPLICATION | 1005149 |
| EJ | 4/7/2015 | 0 | DU | $0.70 | B | DUPLICATION | 1005148 |
| EJ | 4/7/2015 | 0 | PO | $0.48 | B | POSTAGE | 1006261 |
| EJ | 4/22/2015 | 0 | DU | $0.50 | B | DUPLICATION | 1006369 |
| EJ | 4/23/2015 | 0 | DU | $0.50 | B | DUPLICATION | 1006374 |
| EJ | 4/24/2015 | 0 | PO | $1.19 | B | POSTAGE | 1006700 |
| EJ | 4/29/2015 | 0 | DU | $0.90 | B | DUPLICATION | 1006858 |
| EJ | 5/14/2015 | 0 | DU | $0.40 | B | DUPLICATION | 1008464 |
| EJ | 5/26/2015 | 0 | DU | $0.20 | B | DUPLICATION | 1009179 |
| EJ | 5/29/2015 | 0 | DU | $1.00 | B | DUPLICATION | 1009223 |
| EJ | 6/5/2015 | 0 | DU | $1.10 | P | COLOR DUPLICATION | 1011123 |
| EJ | 6/8/2015 | 0 | DU | $24.00 | P | DUPLICATION | 1011072 |
| EJ | 6/9/2015 | 0 | DU | $30.50 | P | DUPLICATION | 1011075 |
| EJ | 6/11/2015 | 0 | CD | $0.00 | P | DUPLICATION | 1011000 |
| EJ | 6/11/2015 | 0 | CD | $0.00 | P | DUPLICATION | 1011001 |
| EJ | 6/11/2015 | 0 | DU | $3.40 | P | DUPLICATION | 1011018 |
| EJ | 6/11/2015 | 0 | DU | $1.50 | P | COLOR DUPLICATION | 1011080 |
| EJ | 6/12/2015 | 0 | DU | $10.60 | P | DUPLICATION | 1011021 |
| EJ | 6/15/2015 | 0 | DU | $1.80 | P | DUPLICATION | 1011028 |
| EJ | 6/16/2015 | 0 | DU | $7.40 | P | DUPLICATION | 1011253 |
| EJ | 6/18/2015 | 0 | DU | $4.00 | P | COLOR DUPLICATION | 1011224 |
| EJ | 6/19/2015 | 0 | DU | $1.60 | P | DUPLICATION | 1011233 |
| EJ | 6/22/2015 | 0 | DU | $5.70 | P | COLOR DUPLICATION | 1011159 |
| EJ | 6/22/2015 | 0 | DU | $1.90 | P | COLOR DUPLICATION | 1011160 |
| EJ | 6/22/2015 | 0 | DU | $44.10 | P | DUPLICATION | 1011161 |
| EJ | 6/22/2015 | 0 | DU | $3.00 | P | DUPLICATION | 1011427 |
| EJ | 6/22/2015 | 0 | DU | $82.80 | P | DUPLICATION | 1011429 |
| EJ | 6/23/2015 | 0 | DU | $0.10 | P | DUPLICATION | 1011441 |
| EJ | 6/23/2015 | 0 | DU | $1.40 | P | DUPLICATION | 1011444 |

7/1/2015　　　　　　　　　　BURKE, WILLIAMS & SORENSEN, LLP　　　　　　　　　Report: TIME12
3:54 PM　　　　　　　　　　Client Detailed Time And Expense Report　　　　　　　Req'd By: sad
　　　　　　　　　　Date Range (Time): 7/1/2015 to 7/1/2015 (Disb: Beginning of Time to 7/1/2015)　　Currency: US

Case 1:12-cv-00948-JLT   Document 105   Filed 07/14/15   Page 5 of 6

| Client: | 05950 | CDCR - CONFLICT | | Bill Tkpr: | 730 | COLEMAN, SUSAN E | Client Last Payment: | 6/19/2015 |
|---|---|---|---|---|---|---|---|---|
| Matter: | 0048 | PUCKETT, DURRELL v. ZAMORA, ET AL. | | Resp Tkpr: | 730 | COLEMAN, SUSAN E | Matter Last Billed: | 6/19/2015 |

**Detailed Disbursements Section (Matter)**

| Tkpr | Date | Check | Disb Code | Amount | Status | Disbursement Description | Disb ID |
|---|---|---|---|---|---|---|---|
| EJ | 6/25/2015 | 0 | DU | $0.90 | P | DUPLICATION | 1011451 |
| EJ | 6/30/2015 | 0 | DU | $0.20 | P | DUPLICATION | 1011457 |
| SAD | 6/23/2015 | 062615 | MI | $131.68 | P | MILEAGE - LOS ANGELES TO FRESNO FOR JURY TRIAL; VENDOR: CAAMAL, DIANA; INVOICE#: 062615; DATE: 6/26/2015 | 1010783 |
| SAD | 6/25/2015 | 062615 | MI | $131.68 | P | MILEAGE - FRESNO TO LOS ANGELES FIRST WEEK OF JURY TRIAL; VENDOR: CAAMAL, DIANA; INVOICE#: 062615; DATE: 6/26/2015 | 1010784 |
| TS | 3/23/2015 | 241860 | AT | $91.37 | B | RESEARCH FORWARD NEXT DAY; VENDOR: FIRST LEGAL NETWORK, LLC; INVOICE#: 241860; DATE: 3/31/2015 | 1007730 |
| TS | 5/22/2015 | 2835470 | ME | $8.77 | P | TO: ROBERT ZAMORA; VENDOR: GOLDEN STATE OVERNIGHT; INVOICE#: 2835470; DATE: 5/31/2015 | 1009862 |

Disbursements Total　　　　　　　　　　$918.08

**Disbursement Code Summary Section (Matter)**

| Code | Description | Amount |
|---|---|---|
| AT | ATTORNEY SERVICE | $91.37 |
| DU | DUPLICATION | $514.80 |
| ME | MESSENGER/DELIVERY | $8.77 |
| MI | MILEAGE | $263.36 |
| PCD | PACER-COURT DOCUMENTS | $35.60 |
| PO | POSTAGE | $4.18 |

Disbursement Code Summary Total　　　　$918.08

| Matter: | 0048 | PUCKETT, DURRELL v. ZAMORA, ET AL. | Fees | $0.00 |
|---|---|---|---|---|
| | | | Disb | $918.08 |
| | | | Total | $918.08 |

Client Summary For: 　05950　CDCR - CONFLICT

**Disbursement Code Summary Section (Client)**

| Code | Description | Amount |
|---|---|---|
| AT | ATTORNEY SERVICE | $91.37 |
| DU | DUPLICATION | $514.80 |
| ME | MESSENGER/DELIVERY | $8.77 |
| MI | MILEAGE | $263.36 |
| PCD | PACER-COURT DOCUMENTS | $35.60 |
| PO | POSTAGE | $4.18 |

Disbursement Code Client Summary Total　　$918.08

| Client: | 05950 | CDCR - CONFLICT | Fees | $0.00 |
|---|---|---|---|---|
| | | | Disb | $918.08 |
| | | | Total | $918.08 |

7/1/2015  BURKE, WILLIAMS & SORENSEN, LLP  Report: TIME12
3:54 PM  **Client Detailed Time And Expense Report**  Req'd By: sad
Date Range (Time) 7/1/2015 (Date Beginning of Time to 7/1/2015)  Currency: US

Case 1:12-cv-00948-JLT   Document 105   Filed 07/24/15   Page 6 of 6

Start Time: 3:54 PM

End Time: 3:54 PM